# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAR 24  P 3:33

CLERK'S OFFICE

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]     *

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

JFM 14 CV 0909

vs.     *

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

_____    *

See attachment A

*(Full name and address of the defendant(s))*
**Defendant(s)**     *

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) My Wife Peggy D. Corbett was diagnosed with ovarian cancer. My wife fought to the end until

   See

Attachment

1. WASHINGTON ADVENTIST HOSPITAL
2. JOYCE (PORTELLA) NEWMYER
3. RANDALL WAGNER
4. PENNY SCHAFFER
5. WALTER HAWKINS
6. MARIA JULANO
7. MONTGOMERY COUNTY JUDICIAL CENTER
8. JOSEPH GRIFFIN
9. LYNDA HAWINS
10. MARION JACKSON
11. PEGGY A. PUGH
12. VANESSA A. JACKSON
13. DEBORAH-CORBETT THEODORE
14. KEITH THEODORE
15. JAMAL A. THEODORE
16. QUAIL- Badge # 3224 - LANDOVER, MD, POLICE Station.
17. MERKEL- Badge # 2786 - LANDOVER, MD Police Station
18. WOOD- Badge # 3800 - LANDOVER, MD, Police Station.
19. ATKINSON- Badge # 3214 - LANDOVER, MD, Police Station.

2. The facts of this case are:

being subject to intolerable pain. She asked me to call a ambulance and i did. I took care of my wife and in the midst of the cancer challenge we shared oneness and hope of defeating ovarian cancer. I would feed her, pamper her and we were always united. We enjoyed one another we took trips together. When we decided to call for the ambulance i Muhammad Rashed made the call. We were taken to Washington Adentist Hospital, located in ~~tacom~~ Tacoma Park, Maryland Once we arrived at the Hospital we were interviewed, we, my wife and myself made it clear that if my wife could not represent herself which was the intake personal question to my wife, my wife clearly spoke and said that she chose her husband and made it verbally clear and i accepted to maintain loving care and devotion. My wife and i stay together day & night for the first week until her system vital signs began to drop according to the Doctors prognosis. My wife was takened to the intensive care unit In the intensive care my wife family was visiting and asked me to turn over assets if my wife didn't make. From that point Deborah Corbett Theodore my wifes sister, over

became very demanding of assets. I asked her why was she so concern when i previously made it clear that we had talked and my wife informed me that she wanted me to take control of her assets. My wife sister went on a slander campaign and defaming my person and created such a hostile situation all a product of her overactive imagination. I was entering the hospital when i overheard Debbie Corbett Theodore say very slanderous, defaming statements. I asked Debbie how could you tell those lies against me like that. She Debbie Corbett Theodore was unrelentless and while i was grieving over my wife when she passed

Debbie Corbett - Theodore was forewarned that Her sister which is my wife had drawn up documents to express her intent and everything that was taken from me by Debbie Corbett - Theodore was under fraudulent circumstances, Conspiracy against my rights. My wife informed me that i might be subjected to some wicked behaviour from her family. My wife was so right. Now i am prepared to defend against the evil and expose her and Washington Adventist Hospital for becoming a part of this ugly matter. I went before various agents of the political sub division of Montgomery County. My wifes sister tongue of lies and Washington Adventist Hospital impairment of contract gave my wife sister the upper hand in sin.

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____

_____
(Date)

_____
(Signature)

_____

_____

_____
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

Complaint (Rev. 12/2000)    3