# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Muhammad Rashid<br>P.O. Box 1516<br>Washington, D.C<br>[20013]<br>*Plaintiff*<br>v.<br>WASHINGTON ADVENTIST HOSPITAL<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>JFM 14 CV 0909 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
~~Tacoma Park~~ 7600 CARROLL AVENUE
TACOMA PARK
MARYLAND, [20912]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

*Defendant*
JOYCE (PORTELLA) NEWMYER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
7500 CARROLL AVENUE
TACOMA PARK
MARYLAND, [20912]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

*Defendant*

RANDALL WAGNER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RANDALL WAGNER
7600 CARROLL AVENUE
TACOMA PARK, MD. [20912]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

Penny Schaffer

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Penny Schaffer
7600 Carroll Avenue
Tacoma Park, MD [20912]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____         _____
                               *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

*Defendant*
WALTER HAWKINS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WALTER HAWKINS
7600 CARROLL AVENUE
TACOMA PARK, MD [20912]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]
*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

MARIA JULANO
*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MARIA JULANO
7600 CARROLL AVENUE
TACOMA PARK,
MARYLAND, [20912]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

Plaintiff

v.

Civil Action No. JFM 14 CV 0909

Defendant

MONTGOMERY COUNTY JUDICIAL CENTER

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

MONTGOMERY COUNTY
JUDICIAL CENTER
7600 CARROLL AVENUE
TACOMA PARK, MD [20912]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington D.C. [20013]
       Plaintiff
       v.

Civil Action No. JFM 14 CV 0909

       Defendant
JOSEPH GRIFFIN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOSEPH GRIFFIN
50 MARYLAND AVENUE
ROCKVILLE, MARYLAND [20850]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

Plaintiff

v.

Civil Action No. JFM 14 CV 0909

Defendant

LYNDA HAWKINS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

LYNDA HAWKINS
50 MARYLAND AVENUE
ROCKVILLE, MARYLAND [20850]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

MARION JACKSON

*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MARION JACKSON
50 MARYLAND AVENUE
ROCKVILLE, MARYLAND [20850]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

*Defendant*

PEGGY A. PUGH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PEGGY A. PUGH
50 MARYLAND AVENUE
ROCKVILLE, MARYLAND [20850]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

Plaintiff

v.

Civil Action No. JFM 1 4 CV 0 9 0 9

Vanessa Jackson

Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VANESSA JACKSON
10325 KENSINGTON PARKWAY
KENSINGTON, MD [20895]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

Plaintiff
v.

Deborah-Corbett
Theodore

Defendant

Civil Action No. JFM 14 CV 0909

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DEBORAH-CORBETT
THEODORE
16729 QUEEN ANN ROAD
UPPER MARLBORO, MD [20774]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

MuhAMMAd RAshid
P.O. Box 1516
WAshington, D.C. [20013]
Plaintiff

v.

Civil Action No. JFM 14 CV 0909

KEITH THEODORE
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KEITH THEODORE
16729 QUEEN ANNE RD
UPPER MALBORO, MD [20774-8754]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. JFM 14 CV 0909

*Defendant*

Jamal A. Theodore

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JAMAL A. THEODORE
16729 QUEEN ANNE RD
UPPER MARLBORO, MD [20774-8754]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

*Plaintiff*

v.

Civil Action No. **JFM 14 CV 0909**

*Defendant*

QUAIL- Badge # 3224

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

QUAIL- Badge # 3224
LANDOVER, MD, POLICE STATION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

Plaintiff

v.

Civil Action No. JFM 14 CV 0909

Defendant

MERKEL-Badge # 2786

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MERKEL- Badge #2786
LANDOVER, MD, POLICE STATION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington, D.C. [20013]

Plaintiff

v.   Civil Action No.   JFM 14 CV 0909

WOOD - Badge # 3800

Defendant

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

WOOD - Badge # 3800
LANDOVER, MD - POLICE STATION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Muhammad Rashid
P.O. Box 1516
Washington D.C. [20013]

)
)
Plaintiff )
v. )  Civil Action No. JFM 14 CV 0909
)
)
Defendant )

ATKINSON - Badge # 3214

To: *(Defendant's name and address)*

ATKINSON
Badge # 3214
LANDOVER, MD - POLICE STATION

**SUMMONS IN A CIVIL ACTION**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*