IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MUHAMMAD RASHID | * |
|     Plaintiff, | |
| v. | * CIVIL ACTION NO. JFM-14-909 |
| WASHINGTON ADVENTIST | * |
| HOSPITAL, *et al.* | |
|     Defendants. | * |

*****

ORDER

On March 24, 2014, plaintiff, who provided a District of Columbia post office box address, filed a fee-paid complaint construed as a personal injury matter filed under this court's 28 U.S.C. § 1332 diversity jurisdiction. ECF No. 1. Nineteen Maryland defendants were named, but it was not clear from a careful reading of the complaint exactly how each party was involved in the alleged defamatory and fraudulent behavior set out by plaintiff. Further, plaintiff had neither set out the relief he was seeking from the court nor signed and dated his complaint.

On March 27, 2014, the court found that the complaint could not proceed because of the aforementioned pleading deficiencies. Plaintiff was granted twenty-eight (28) days to supplement his action to: (1) provide the court his residential address in the District of Columbia; (2) discuss how each named defendant committed tortious and/or fraudulent conduct; (3) tell the court what relief he is seeking; and (4) sign and date his complaint. ECF No. 2. Plaintiff was is cautioned that his failure to file a timely and responsive supplement would result in the dismissal of his complaint without further notice. *Id.*

The requisite time has passed and plaintiff has failed to file any materials. The court has no alternative but to dismiss the case for non-compliance with court order.

Accordingly, it is this 29 day of April, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED WITHOUT PREJUDICE for non-compliance with court order;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL SEND a copy of this Order to plaintiff.

_____/s/_____
J. Frederick Motz
United States District Judge